

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2020

No. 04-20-00061-CR

Nathan **GUZMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 18-08-00031-CRL
Honorable Lynn Ellison, Judge Presiding

## O R D E R

Appellant's brief was originally due on May 27, 2020, and that deadline was extended until June 30, 2020 by this court's May 22, 2020 En Banc Order Extending Time to File Briefs. On July 15, 2020, the court notified appellant that his brief was late and directed him to file an explanation for his failure to timely file the brief within 10 days. On July 29, 2020, appellant filed a motion for extension of time, which stated his attorney had been out of the office for six weeks due to an illness and requested an additional 30-day extension to file the brief, for a total extension of 93 days. We conclude appellant's explanation is sufficient, and we GRANT his motion for extension of time. We ORDER appellant to file his brief **by August 28, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court